**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Eugene Boyd Johnson,<br><br>    Petitioner,<br><br>vs.<br><br>The State of Arizona, et al.,<br><br>    Respondents. | No. CV-10-2096-PHX-GMS<br><br>**ORDER** |

On June 25, 2012, after considering Petitioner's Petition for Writ of Habeas Corpus, Respondent's Answer, and Magistrate Judge Logan's Report and Recommendations ("R & R"), the Court denied the petition. (Doc. 30). The factual background and legal issues in this case are all set forth in the order denying the Petition, and will not be repeated here. On July 10, Petitioner submitted a "Second Response and Objections" to the R & R, which was identical in all material respects to his first set of objections. (Doc. 32). The Court interpreted this Second Response and Objections as a motion for reconsideration and on July 27, 2012, denied the motion. (Doc. 33). On August 9, 2012, Petitioner submitted a "Third Response and Objections" which is identical in all material respects to both the first set of objections and to his Second Response and Objections. (Doc. 34). Again, the Court will interpret this filing as a motion for reconsideration, and will, for the reasons set forth in its July 27th Order, deny this motion.

/ / /

1    **IT IS THEREFORE ORDERED** denying the Motion for Reconsideration (Doc. 34).
2    This case shall remain closed.
3    DATED this 10th day of September, 2012.

*A. Murray Snow*
G. Murray Snow
United States District Judge